Trustee, AJM/Dinh/727 2nd ExtOrd.doc
09-101-036

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | No. 09-32077 |
| VINCE DINH | ) | Hon. Susan Pierson Sonderby |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

### SECOND *AND FINAL* ORDER EXTENDING TIME TO OBJECT TO DISCHARGE UNDER §727

This case coming to be heard on Trustee's Second Motion to Extend Time to Object to Discharge Under §727("Motion"); due notice having been given; counsel for Trustee having appeared; and the Court being advised in the premises; it is, therefore

**ORDERED,** that the date by which Trustee or the United States Trustee may timely file a complaint objecting to Debtor's discharge pursuant to §727 of the Bankruptcy Code, Title 11 U.S.C., is hereby extended through and including April 13, 2010. Hearing on the Motion is concluded.

ENTER:

_____
United States Bankruptcy Judge

2/23/10

FEB 23 2010

Prepared by:
Andrew J. Maxwell (ARDC #1799150)
Vikram R. Barad (ARDC #6277076)
Maxwell Law Group, LLC
105 West Adams, Suite 3200
Chicago, IL 60603
312/368-1138