# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| DINH, VINCE | § § | Case No. 09-32077 |
| Debtor(s) | § § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim disbursement
        Administrative expenses
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 09-32077 | SPS | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | DINH, VINCE | | | Date Filed (f) or Converted (c): | 08/30/09 (f) |
| | | | | 341(a) Meeting Date: | 10/15/09 |
| For Period Ending: | 08/22/11 | | | Claims Bar Date: | 02/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4107 N. TROY AVE CHICAGO, IL 60618 | 509,950.00 | 0.00 | | 0.00 | 0.00 |
| 2. 2321 S. WABASH AVE. UNIT 1 CHICAGO, IL 60616 | 400,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. 2000 N. LINCOLN PARK WEST #1115 CHICAGO, IL 60614 | 120,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. 3020 N. GRESHAM, CHICAGO, IL 60618 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5. 10527 S. AVENUE J, CHICAGO IL 60617 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6. CHECKING ACCOUNT WITH BANK OF AMERICA 000022708549 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7. CHECKING ACCOUNT WITH JP MORGAN CHASE 802292995 | 98.69 | 98.69 | | 0.00 | 98.69 |
| 8. CHECKING ACCOUNT WITH FIRST AMERICAN BANK | 66.00 | 66.00 | | 0.00 | 66.00 |
| 9. SAVINGS ACCOUNT WITH FIRST AMERICAN BANK | 100.00 | 100.00 | | 0.00 | 100.00 |
| 10. CHECKING ACCOUNT WITH HARRIS BANK | 300.00 | 300.00 | | 0.00 | 300.00 |
| 11. SAVINGS ACCOUNT WITH HARRIS BANK | 125.00 | 125.00 | | 0.00 | 125.00 |
| 12. MISCELLANEOUS USED HOUSEHOLD GOODS | 750.00 | 750.00 | | 0.00 | 750.00 |
| 13. PERSONAL USED CLOTHING | 300.00 | 300.00 | | 0.00 | 300.00 |
| 14. IRA WITH FIRST AMERICAN BANK  Debtor Claimed Exemption | 300.00 | 300.00 | | 0.00 | FA |
| 15. SCOTTRADE ACCOUNT | 100.00 | 100.00 | | 0.00 | 100.00 |
| 16. OWNER AND OPERATOR OF E2000 CONSULTING INC. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17. 2004 BMW Z4 2.5I ROADSTER 2D W/60,000 MILES | 10,800.00 | 10,800.00 | | 8,500.00 | 2,300.00 |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.33 | Unknown |
| 19. RENTAL INCOME (u) | 0.00 | Unknown | | 9,500.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,042,889.69    $12,939.69        $18,004.33    $4,139.69

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: 09-32077   SPS   Judge: SUSAN PIERSON SONDERBY | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: DINH, VINCE | Date Filed (f) or Converted (c): | 08/30/09 (f) |
| | 341(a) Meeting Date: | 10/15/09 |
| | Claims Bar Date: | 02/01/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-asset notice filed

-claims bar date set ; claims review completed

-non-exempt assets collected, including T.O. and sale of auto

-tax return prepared and filed

-FR in progress

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 06/30/11

LFORM1   UST Form 101-7-TFR (10/1/2010) *(Page: 4)*                                                                                                           Ver: 16.02b

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-32077 -SPS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | DINH, VINCE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******8586 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4135 | | | |
| For Period Ending: | 08/22/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/10 | | CHICAGO LIQUIDATORS SERVICES, INC. | AUTOMOBILE SALE | | 7,100.00 | | 7,100.00 |
| | 17 | CHICAGO LIQUIDATORS SERVICES, INC. | Memo Amount: 8,500.00 | 1121-000 | | | |
| | | | AUTOMOBILE SALE | | | | |
| | | CHICAGO LIQUIDATORS SERVICES INC. | Memo Amount: ( 1,400.00 ) | 3991-000 | | | |
| | | | AGENT FEE | | | | |
| 02/26/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 7,100.03 |
| 03/31/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,100.21 |
| 04/30/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,100.39 |
| 05/28/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 7,100.56 |
| 06/30/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,100.74 |
| 07/19/10 | 19 | Vince Dinh | SETTLEMENT-TURNOVER OF RENTAL INC | 1221-000 | 9,500.00 | | 16,600.74 |
| 07/30/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 16,600.99 |
| 08/31/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.43 | | 16,601.42 |
| 09/30/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 16,601.83 |
| 10/29/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.42 | | 16,602.25 |
| 11/30/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.42 | | 16,602.67 |
| 12/31/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.42 | | 16,603.09 |
| 01/31/11 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.42 | | 16,603.51 |
| 02/10/11 | 000101 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 27.62 | 16,575.89 |
| | | ONE SHELL SQUARE | Bond# 016026455 | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 02/28/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,576.02 |
| 03/31/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 16,576.16 |
| 04/29/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,576.29 |
| 05/31/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 16,576.44 |
| 06/30/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 16,576.58 |
| 07/29/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,576.71 |

Page Subtotals 16,604.33 27.62

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 09-32077 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DINH, VINCE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8586 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4135 | | |
| For Period Ending: | 08/22/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 8,500.00 | COLUMN TOTALS | | 16,604.33 | 27.62 | 16,576.71 |
| | Memo Allocation Disbursements: | 1,400.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 16,604.33 | 27.62 | |
| | Memo Allocation Net: | 7,100.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 16,604.33 | 27.62 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 8,500.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 1,400.00 | Money Market - Interest Bearing - *******8586 | | 16,604.33 | 27.62 | 16,576.71 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | Total Memo Allocation Net: | 7,100.00 | | | 16,604.33 | 27.62 | 16,576.71 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-32077 | | Page 1 | | | Date: August 22, 2011 |
| Debtor Name: | DINH, VINCE | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $0.00 | $0.00 |
| 001<br>3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $0.00 | $0.00 |
| 001<br>3410-00 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $855.00 | $855.00 |
| 001<br>2100-00 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Administrative | | $0.00 | $0.00 | $0.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $0.00 | $27.62 | $27.62 |
| 000001<br>070<br>7100-00 | Xceed Financial Fcu<br>888 Nash St<br>El Segundo, CA 90245 | Unsecured | | $0.00 | $15,412.18 | $15,412.18 |
| 000002<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $17,385.04 | $17,385.04 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $10,805.08 | $10,805.08 |
| 000004<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $0.00 | $523.36 | $523.36 |
| 000005<br>070<br>7100-00 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $6,690.06 | $6,690.06 |
| 000006<br>070<br>7100-00 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $4,604.20 | $4,604.20 |
| 000007<br>070<br>7100-00 | CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP<br>AS AGENT<br>PO Box 71083 | Unsecured | | $0.00 | $12,093.53 | $12,093.53 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-32077 | | Page 2 | | | Date: August 22, 2011 |
| Debtor Name: | DINH, VINCE | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Charlotte, NC 28272-1083 | | | | | |
| 000008 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $30,808.98 | $30,808.98 |
| 000009 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $27,211.11 | $27,211.11 |
| | Case Totals: | | | $0.00 | $126,416.16 | $126,416.16 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-32077
Case Name: DINH, VINCE
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

    Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Xceed Financial Fcu | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000005 | American Express Bank, FSB | $ | $ | $ |
| 000006 | American Express Bank, FSB | $ | $ | $ |
| 000007 | CAPITAL ONE BANK USA, N.A. | $ | $ | $ |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ | $ |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

      Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE