## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DINH, VINCE | § | Case No. 09-32077 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF COURT
UNITED STATES BANKRUPTCY CT.
219 S. DEARBORN STREET
CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/19/2011 in Courtroom 642,

United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/09/2011 _____        By: /s/ Andrew J. Maxwell _____
                                                                            Trustee


*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
DINH, VINCE                               §          Case No. 09-32077
                                          §
            Debtor(s)                     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 18,004.33 |
| and approved disbursements of | $ | 1,427.62 |
| leaving a balance on hand of[1] | $ | 16,576.71 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 2,550.43 | $ 0.00 | $ 2,550.43 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 14,489.00 | $ 0.00 | $ 12,897.36 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 413.24 | $ 0.00 | $ 367.84 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ 855.00 | $ 0.00 | $ 761.08 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 27.62 | $ 27.62 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 16,576.71 |
| Remaining Balance | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 125,533.54  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Xceed Financial Fcu | $        15,412.18 | $            0.00 | $            0.00 |
| 000002 | Chase Bank USA, N.A. | $        17,385.04 | $            0.00 | $            0.00 |
| 000003 | Chase Bank USA, N.A. | $        10,805.08 | $            0.00 | $            0.00 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $           523.36 | $            0.00 | $            0.00 |
| 000005 | American Express Bank, FSB | $         6,690.06 | $            0.00 | $            0.00 |
| 000006 | American Express Bank, FSB | $         4,604.20 | $            0.00 | $            0.00 |
| 000007 | CAPITAL ONE BANK USA, N.A. | $        12,093.53 | $            0.00 | $            0.00 |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERICA | $        30,808.98 | $            0.00 | $            0.00 |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERICA | $        27,211.11 | $            0.00 | $            0.00 |

Total to be paid to timely general unsecured creditors          $_____0.00

Remaining Balance          $_____0.00


       Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

       Tardily filed general (unsecured) claims are as follows:


NONE


       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE


Prepared By: /s/Andrew J. Maxwell_____
                                       Trustee


*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-32077-SPS
Vince Dinh                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross              Page 1 of 2           Date Rcvd: Sep 06, 2011
                              Form ID: pdf006          Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2011.
```
db           +Vince Dinh,    2321 S. Wabash,    Unit 1,   Chicago, IL 60616-4827
aty          +Joseph Wrobel,    Joseph Wrobel, Ltd,    105 W Madison,    Suite 700,   Chicago, IL 60602-4669
aty          +Vikram R Barad,    Maxwell Law Group, LLC,    105 W. Adams Street, Suite 3200,
               Chicago, IL 60603-6209
tr           +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
14386101     +Aes/natl Col,    Po Box 2641,   Harrisburg, PA 17105-2641
14386102     +American Express,    c/o Becket and Lee,    Po Box 3001,   Malvern, PA 19355-0701
14844092      American Express,    POB 0001,   Los Angeles, CA 90096-8000
14893247      American Express Bank, FSB,    POB 3001,   Malvern, PA 19355-0701
14844094     +BMW,    POB 78066,   Phoenix, AZ 85062-8066
14386104     +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,   Po Box 26012,   Greensboro, NC 27420-6012
14386103     +Bank Of America,    Attn: Bankruptcy NC4-105-02-99,   Po Box 26012,   Greensboro, NC 27420-6012
14386105     +Bank of America,    3111 N. Ashland Ave,   Chicago, IL 60657-3013
14952818      CAPITAL ONE BANK USA, N.A.,    BY AMERICAN INFOSOURCE LP AS AGENT,   PO Box 71083,
               Charlotte, NC  28272-1083
14844095     +Capital One,    POB 6492,   Carol Stream,IL 60197-6492
14386106     +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
14725276      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
14386107     +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
               Columbus, OH 43219-6009
14386108     +Citi Mortgage Inc,    1000 Technology,    O Fallo, MO 63368-2240
14386109     +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
14873818     +Courtney Shively,    2000 N Lincoln Park West,   Ste 1115,   Chicago, IL 60614-4753
14844096      First American Bank,    33 W Monroe Street,   Chicago, IL 60603-5312
15522585     +George Levey,    4107N Troy,   Chicago, IL 60618-2411
14386110     +Hauselman & Rappin Ltd.,    39 S. LaSalle St.,   Suite 1105,   Chicago, IL 60603-1720
14844097     +Miramed Revenue Group,    Dept 77304,   POB 77000,   Detroit, MI 48277-2000
14753209     +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
14386111     +Sears/cbsd,    8725 W. Sahara Ave,   The Lakes, NV 89163-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14990246      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 07 2011 00:08:39
               FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
14386112      E-mail/Text: bankruptcy@xfcu.org Sep 06 2011 23:51:46    Xceed Financial Fcu,   888 Nash St,
               El Segundo, CA 90245
                                                                                    TOTAL: 2


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
14893248*     American Express Bank, FSB,    POB 3001,   Malvern, PA 19355-0701
14844093     ##+Bank of America,    231 S LaSalle Street,   Chicago, IL 60604-1206
                                                                         TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: dross          Page 2 of 2          Date Rcvd: Sep 06, 2011
                             Form ID: pdf006       Total Noticed: 28

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2011**                          **Signature:**    _Joseph Speetjens_