UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
DINH, VINCE § Case No. 09-32077
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/ANDREW J. MAXWELL, TRUSTEE _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Mortgage<br>Attention: Research Dept. G7-<br>PP 3415 Vision Drive<br>Columbus, OH 43219 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Mortgage Attention: Research Dept. G7-PP 3415 Vision Drive Columbus, OH 43219 | | | | | |
| | Citi Mortgage Inc Attention: Bankruptcy Department Po Box 79022, Ms322 St. Louis, MO 63179 | | | | | |
| | Citi Mortgage Inc Attention: Bankruptcy Department Po Box 79022, Ms322 St. Louis, MO 63179 | | | | | |
| | Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062 | | | | | |
| | Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| POPOWCER  KATTEN, LTD. | | | | | |
| CHICAGO LIQUIDATORS SERVICES INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aes/natl Col Po Box 2641 Harrisburg, PA 17105 | | | | | |
| | American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| | Bank Of America Attn: Bankruptcy NC4-105-02-77 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Bank Of America Attn: Bankruptcy NC4-105-02-77 Po Box 26012 Greensboro, NC 27410 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Attn: Bankruptcy NC4-105-02-99 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Bank of America 3111 N. Ashland Ave Chicago, IL 60657 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Sears/cbsd 8725 W. Sahara Ave The Lakes, NV 89163 | | | | | |
| | Xceed Financial Fcu 888 Nash St El Segundo, CA 90245 | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000006 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000007 | CAPITAL ONE BANK USA, N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000001 | XCEED FINANCIAL FCU | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-32077 | SPS | Judge: SUSAN PIERSON SONDERBY | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | DINH, VINCE | | | | Date Filed (f) or Converted (c): | 08/30/09 (f) |
| | | | | | 341(a) Meeting Date: | 10/15/09 |
| For Period Ending: | 12/23/11 | | | | Claims Bar Date: | 02/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4107 N. TROY AVE CHICAGO, IL 60618 | 509,950.00 | 0.00 | | 0.00 | 0.00 |
| 2. 2321 S. WABASH AVE. UNIT 1 CHICAGO, IL 60616 | 400,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. 2000 N. LINCOLN PARK WEST #1115 CHICAGO, IL 60614 | 120,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. 3020 N. GRESHAM, CHICAGO, IL 60618 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5. 10527 S. AVENUE J, CHICAGO IL 60617 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6. CHECKING ACCOUNT WITH BANK OF AMERICA 000022708549 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7. CHECKING ACCOUNT WITH JP MORGAN CHASE 802292995 | 98.69 | 98.69 | | 0.00 | 98.69 |
| 8. CHECKING ACCOUNT WITH FIRST AMERICAN BANK | 66.00 | 66.00 | | 0.00 | 66.00 |
| 9. SAVINGS ACCOUNT WITH FIRST AMERICAN BANK | 100.00 | 100.00 | | 0.00 | 100.00 |
| 10. CHECKING ACCOUNT WITH HARRIS BANK | 300.00 | 300.00 | | 0.00 | 300.00 |
| 11. SAVINGS ACCOUNT WITH HARRIS BANK | 125.00 | 125.00 | | 0.00 | 125.00 |
| 12. MISCELLANEOUS USED HOUSEHOLD GOODS | 750.00 | 750.00 | | 0.00 | 750.00 |
| 13. PERSONAL USED CLOTHING | 300.00 | 300.00 | | 0.00 | 300.00 |
| 14. IRA WITH FIRST AMERICAN BANK Debtor Claimed Exemption | 300.00 | 300.00 | | 0.00 | FA |
| 15. SCOTTRADE ACCOUNT | 100.00 | 100.00 | | 0.00 | 100.00 |
| 16. OWNER AND OPERATOR OF E2000 CONSULTING INC. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17. 2004 BMW Z4 2.5I ROADSTER 2D W/60,000 MILES | 10,800.00 | 10,800.00 | | 8,500.00 | 2,300.00 |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.44 | Unknown |
| 19. RENTAL INCOME (u) | 0.00 | Unknown | | 9,500.00 | Unknown |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,042,889.69 | $12,939.69 | | $18,004.44 | $4,139.69 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-32077　　SPS　　Judge: SUSAN PIERSON SONDERBY | Trustee Name:　　ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | DINH, VINCE | Date Filed (f) or Converted (c):　　08/30/09 (f) |
| | | 341(a) Meeting Date:　　10/15/09 |
| | | Claims Bar Date:　　02/01/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-asset notice filed

-claims bar date set ; claims review completed

-non-exempt assets collected, including T.O. and sale of auto

-tax return prepared and filed

-FR in progress

Initial Projected Date of Final Report (TFR): 12/31/10　　　　Current Projected Date of Final Report (TFR): 06/30/11

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 16.04e

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-32077 -SPS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DINH, VINCE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******8586 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4135 | | | |
| For Period Ending: | 12/23/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/10 | | CHICAGO LIQUIDATORS SERVICES, INC. | AUTOMOBILE SALE | | 7,100.00 | | 7,100.00 |
| | 17 | CHICAGO LIQUIDATORS SERVICES, INC. | Memo Amount: 8,500.00 | 1121-000 | | | |
| | | | AUTOMOBILE SALE | | | | |
| | | CHICAGO LIQUIDATORS SERVICES INC. | Memo Amount: ( 1,400.00 ) | 3991-000 | | | |
| | | | AGENT FEE | | | | |
| 02/26/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 7,100.03 |
| 03/31/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,100.21 |
| 04/30/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,100.39 |
| 05/28/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 7,100.56 |
| 06/30/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,100.74 |
| 07/19/10 | 19 | Vince Dinh | SETTLEMENT-TURNOVER OF RENTAL INC | 1221-000 | 9,500.00 | | 16,600.74 |
| 07/30/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 16,600.99 |
| 08/31/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.43 | | 16,601.42 |
| 09/30/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 16,601.83 |
| 10/29/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.42 | | 16,602.25 |
| 11/30/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.42 | | 16,602.67 |
| 12/31/10 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.42 | | 16,603.09 |
| 01/31/11 | 18 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.42 | | 16,603.51 |
| 02/10/11 | 000101 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 27.62 | 16,575.89 |
| | | ONE SHELL SQUARE | Bond# 016026455 | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 02/28/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,576.02 |
| 03/31/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 16,576.16 |
| 04/29/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,576.29 |
| 05/31/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 16,576.44 |
| 06/30/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 16,576.58 |
| 07/29/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,576.71 |

Page Subtotals 16,604.33 27.62

Ver: 16.04e

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-32077 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DINH, VINCE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8586  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4135 | | |
| For Period Ending: | 12/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/23/11 | 18 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 16,576.82 |
| 08/23/11 | | Transfer to Acct #*******4979 | Final Posting Transfer | 9999-000 | | 16,576.82 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 8,500.00 | COLUMN TOTALS | | 16,604.44 | 16,604.44 | 0.00 |
| Memo Allocation Disbursements: | 1,400.00 | Less: Bank Transfers/CD's | | 0.00 | 16,576.82 | |
| | | Subtotal | | 16,604.44 | 27.62 | |
| Memo Allocation Net: | 7,100.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 16,604.44 | 27.62 | |

Page Subtotals    0.11    16,576.82

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-32077 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DINH, VINCE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4979 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4135 | | |
| For Period Ending: | 12/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/23/11 | | Transfer from Acct #*******8586 | Transfer In From MMA Account | 9999-000 | 16,576.82 | | 16,576.82 |
| 10/28/11 | 001001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | COMPENSATION - TRUSTEE | 2100-000 | | 2,309.31 | 14,267.51 |
| 10/28/11 | 001002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | | 3110-000 | | 13,119.18 | 1,148.33 |
| 10/28/11 | 001003 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | | 3120-000 | | 374.17 | 774.16 |
| 10/28/11 | 001004 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550<br>CHICAGO, IL 60601 | | 3410-000 | | 774.16 | 0.00 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 20.47 | -20.47 |
| 11/08/11 | | Bank of America | Reversal of BOA Service Fee | 2600-000 | 20.47 | | 0.00 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 0.22 | -0.22 |
| 12/06/11 | | Bank of America | Reversal of BOA Service Fee | 2600-000 | 0.22 | | 0.00 |

Page Subtotals 16,597.51 16,597.51

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Page: 4

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-32077 -SPS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DINH, VINCE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4979 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4135 | | | |
| For Period Ending: | 12/23/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 16,597.51 | 16,597.51 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 16,576.82 | 0.00 | |
| | | | Subtotal | | 20.69 | 16,597.51 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 20.69 | 16,597.51 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 8,500.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 1,400.00 | Money Market - Interest Bearing - ********8586 | | 16,604.44 | 27.62 | 0.00 |
| | | | Checking Account (Non-Interest Earn - ********4979 | | 20.69 | 16,597.51 | 0.00 |
| | Total Memo Allocation Net: | 7,100.00 | | | ------------- | ------------- | ------------- |
| | | | | | 16,625.13 | 16,625.13 | 0.00 |
| | | | | | ========= | ========= | ========= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00            0.00

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*